UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANTON J. THOMPSON,

    Plaintiff,

  v.

LEE RYKER, *et al.*,

    Defendants.

Case No. 10-cv-436-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Bryan Purdue's motion to strike plaintiff Stanton J. Thompson's *pro se* motion (Doc. 31) on the grounds that Thompson is now represented by counsel Theodore R. Bynum, but Bynum has not signed the motion in accordance with Federal Rule of Civil Procedure 11 (Doc. 32).

A defendant does not have a right to file his own motions when he is represented by counsel.  *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).  "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).  The Court hereby **GRANTS** Purdue's motion to strike (Doc. 32) and **ORDERS** that Thompson's motion (Doc. 31) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED: March 20, 2012**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**