UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANTON J. THOMPSON,<br><br>              Plaintiff,<br><br>       v.<br><br>LEE RYKER, PATRICK QUINN, MICHAEL P. RANDLE, BRYAN PURDUE, BRIAN STAFFORD, MELVIN, WAYNE R. GERMAIN, KIM J. CLEVY, RONALD MEEKS, D. WILLIAMS, PATRICK B. HASTINGS, DAVID A. LINGLE, PAMELA MORAN, MAGGIE BRIAN, LANCE R. TINSLEY, E. HARDY, ROBERT F. KUNTZ, RAYMOND L. MESSERLY, JOSEPH V. MATHY, PAUL S. BLACKWELL, STEPHEN B. DUNCAN, WARDEN BOYD, GUY D. PIERCE, DANIEL P. SMALL and RICHARD L. CASBURN,<br><br>              Defendants. | Case No. 10-cv-436-JPG |

## **JUDGMENT**

This matter having come before the Court, the Court having rendered a decision as to some issues and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bryan Perdue and against plaintiff Stanton J. Thompson on Count 1 (Eighth Amendment claim based on sexual assault);

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 2 (Eighth Amendment claim based on failure to protect) against defendants Melvin, Germain, Ryker, Stafford, Meeks, Williams, Moran, Hardy, Kuntz, Messerly, Mathy, Blackwell, Boyd, Randle, Pierce and Casburn;
- Count 3 (Fourteenth Amendment due process claim based on false statements in reports and documents) against defendants Clevy, Duncan and Small;
- Count 4 (Eight Amendment claim based on failure to provide medical treatment) against defendant Brian; and
- Count 5 (unidentified claim) against defendants Hastings and Quinn; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 3 (Fourteenth Amendment due process claim based on refusal to call witnesses at disciplinary hearing) against defendants Lingle and Tinsley.

**DATED: December 12, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**